Morelle v Vuljanovich (2023 NY Slip Op 02251)

Morelle v Vuljanovich

2023 NY Slip Op 02251

Decided on April 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, BANNISTER, MONTOUR, AND GREENWOOD, JJ.

379 CA 22-01534

[*1]GAIL J. MORELLE, PLAINTIFF-RESPONDENT,
v
PETER VULJANOVICH, JR. AND JENNIFER VULJANOVICH, DEFENDANTS-APPELLANTS. 

OSBORN, REED & BURKE, LLP, ROCHESTER (MICHAEL C. PRETSCH OF COUNSEL), FOR DEFENDANTS-APPELLANTS.
LOONEY INJURY LAW, PLLC, BUFFALO (JOHN W. LOONEY OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Monroe County (Elena F. Cariola, J.), entered March 29, 2022. The order denied defendants' motion for summary judgment dismissing the complaint. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on February 22, 2023,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: April 28, 2023
Ann Dillon Flynn
Clerk of the Court